```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ALESSIA DI MICHELE, on behalf of herself and others                    :
similarly situated in the proposed FLSA Collective Action              :
                                                                       :
                                    Plaintiff,                         :     22 Civ. 8439 (JPC)
                                                                       :
                 -v-                                                   :     ORDER
                                                                       :
AMAYA PARTNERS LLC AND KUNAL                                           :
PASAWALA,                                                              :
                                                                       :
                                    Defendants.                        :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 4, 2022, Plaintiff filed her Complaint in this action, Dkt. 1 ("Complaint"), which alleges, without details, that "[v]enue is proper in this District under 28 U.S.C. § 1391(b) and (c), because all events relevant to this action occurred in this District, and the acts and omissions giving rise to the claims herein alleged took place in this District," *id.* ¶ 5.  Yet the Complaint fails to allege that either any "event[] relevant to this action" or any "act[] or omission[] giving rise to the claims" took place in the Southern District of New York.  Indeed, the only allegation whatsoever related to geographic location alleges that Defendant Amaya Partners LLC is incorporated in New Jersey and maintains two places of business in New Jersey, one in Edgewater and one in West New York.  *Id.* ¶ 9.  Plaintiff shall therefore file a letter by October 19, 2022, explaining why venue is proper in this District and, if so, whether Plaintiff intends to amend her Complaint accordingly.

SO ORDERED.

Dated: October 12, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge