```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ALESSIA DI MICHELE, on behalf of herself and others                    :
similarly situated,                                                    :
                                                                       :
                              Plaintiff,                               :    22 Civ. 8439 (JPC)
                                                                       :
              -v-                                                      :           ORDER
                                                                       :
AMAYA PARTNERS LLC and KUNAL PASAWALA,                                 :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The Court has been informed that the parties to this case reached an agreement on all issues at mediation. Unless this case has already been dismissed by that date, the parties are ordered to submit a status letter by October 19, 2023, updating the Court on the status of finalizing the settlement.

      SO ORDERED.

Dated: September 19, 2023
       New York, New York

                                                                            JOHN P. CRONAN
                                                      United States District Judge