# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792-0048 • E: Jason@levinepstein.com

November 9, 2023

**_Via Electronic Filing_**
The Honorable John P. Cronan, U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:    *Di Michele v. Amaya Partners LLC et al*
                  Case No.: 1:22-cv-08439-JPC

Dear Honorable Judge Cronan:

      This law firm represents Plaintiff Alessia Di Michele (the "Plaintiff") in the above-referenced matter.

      This letter respectfully serves to request an extension of time to comply with Your Honor's October 20, 2022 Order [Dckt. No. 44] from November 9, 2023 to, through and including, November 24, 2023. This is the second request of its kind [*see* Dckt. No. 43], and is made on consent of Defendants Amaya Partners LLC (the "Corporate Defendant") and Kunal Pasawala (the "Individual Defendant", and collectively, the "Defendants").

      The basis of this request is that the parties are finalizing the necessary paperwork to effectuate the dismissal of this action. The parties anticipate being in a position to respond to Your Honor's October 20, 2022 Order [Dckt. No. 44] on or before November 24, 2023

      We thank the Court for its attention to this matter, and are available at the Court's convenience to answer any questions related to the foregoing.

                                                      Respectfully submitted,

The request is granted. Unless the case has already been dismissed by that date, the parties shall submit a status letter by November 24, 2023, updating the Court on the status of finalizing settlement.

                                                      LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                                      By: */s/ Jason Mizrahi*
                                                            Jason Mizrahi, Esq.

SO ORDERED.
Date: November 13, 2023
New York, New York

                                                            60 East 42nd Street, Suite 4700
                                                           New York, New York 10165
_____
                   JOHN P. CRONAN                  Tel. No.:  (212) 792-0048
               United States District Judge        Email: Jason@levinepstein.com
                                                           *Attorneys for Plaintiff*

VIA ECF: All Counsel