**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Alessia Di Michele, *on behalf of herself and others similarly situated in the proposed FLSA Collective Action,*

                                 *Plaintiff,*

        - against –

Amaya Partners LLC, and Kunal Pasawala,

                                 *Defendants.*
------------------------------------------------------------X

Case No.: 22-cv-08439

**JUDGMENT**

      On November 22, 2023, Plaintiff Alessia Di Michele (the "Plaintiff") filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

      NOW, it is hereby ORDERED, ADJUDGED AND DECREED that the Plaintiff has judgment against Defendants Amaya Partners LLC, and Kunal Pasawala (collectively, the "Defendants"), in the amount of Twenty-Two Thousand Five Hundred Dollars and Zero Cents ($22,500.00) which is inclusive of attorneys' fees and costs and any other fees, costs, and/or disbursements.

      This judgment is intended to resolve, in full satisfaction, all of Plaintiff's claims as alleged or which could have been alleged in the Complaint pertaining to this Action, including any damages Plaintiff asserted or could have asserted in this Action, including but not limited to, any claims Plaintiff may have for monetary damages, backpay, front pay, liquidated damages, penalties, and any fees, costs, and/or reasonable attorneys' fees.

      The payment amount shall be paid on or before a date within fourteen (14) days of the date of this Judgment.

Dated: November 27, 2023

**SO ORDERED**

_____
JOHN P. CRONAN
United States District Judge

149201736.1
149201736.2